JS-6/Entered

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN RAMOS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SILVIA H. GARCIA, Warden,<br><br>　　　　Respondent. | Case No. CV 11-04733-RGK (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 13, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE